SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
ALEXIS I. CALOZA (CSB No. 278804)
acaloza@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415.281.1350

Attorneys for Defendants Fitbit, Inc.,
James Park, and William Zerella

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCSICO DIVISION

| | |
|---|---|
| STEPHEN LOPES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC., JAMES PARK, and WILLIAM ZERELLA,<br><br>Defendants. | Case No. 3:18-cv-06665-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Judge: The Honorable Jon S. Tigar<br><br>Date Action Filed: November 1, 2018 |

## STIPULATION

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against Fitbit, Inc. ("Fitbit" or the "Company"), James Park, and William Zerella (collectively, "Defendants");

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not

FENWICK & WEST LLP
ATTORNEYS AT LAW

be made until after a decision on a motion to consolidate (if any) is rendered (15 U.S.C. § 78u-4(a)(3)(B)(ii));

WHEREAS, the approval of lead counsel will follow the Court's decision on the Lead Plaintiff Motion(s);

WHEREAS, thereafter, the parties expect the Court to set a schedule for the filing of an amended or consolidated complaint by Lead Plaintiff;

WHEREAS, Defendants anticipate filing motion(s) to dismiss in response to Lead Plaintiff's complaint and that the parties will submit a briefing schedule to the Court in connection with any such motion(s);

WHEREAS, because the special procedures specified in the Reform Act contemplate (i) the consolidation of similar actions, if any; (ii) appointment of Lead Plaintiff; and (iii) the filing of a single consolidated complaint by Lead Plaintiff, requiring defendants to respond to the existing complaint in the above-referenced action would result in the needless expenditure of private and judicial resources;

WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on November 2, 2018, this Court issued an Initial Case Management Scheduling Order (Dkt. No. 5) in the above-captioned action, setting the following deadlines:

1.      January 9, 2019 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2.      January 23, 2019 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3.      January 30, 2019 at 2:00 p.m. for an Initial Case Management Conference; and

WHEREAS, counsel for the parties in the above-captioned action respectfully submit that because the pleadings are not yet set, and because discovery is stayed pending any motion(s) to dismiss, good cause exists to vacate the existing January 30, 2019 Initial Case Management Conference and associated deadlines until after such time as the Court has the opportunity to rule on the appointment of Lead Plaintiff and its counsel, as well as any motion(s) to dismiss;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil L.R. 7-12, by and between the undersigned counsel for the parties, that:

1. Pursuant to Civil L.R. 6-1(a), the defendants' obligation to answer, move or otherwise respond to the complaint is extended until after the appointment of a Lead Plaintiff and lead counsel, at which time the parties shall meet and confer and submit to the Court a mutually agreeable schedule for the filing of a consolidated or amended complaint and Defendants' responses thereto;

2. Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for January 30, 2019 is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset for a date that is 30 days after the Court rules on Defendants' anticipated motion(s) to dismiss Lead Plaintiff's complaint, or such other date as the Court shall determine to be appropriate; and

3. All Associated ADR Program deadlines likewise be deferred.

Respectfully submitted,

Dated:    December 6, 2018          FENWICK & WEST LLP

By: /s/ *Alexis I. Caloza*
    Alexis I. Caloza
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone:    415.875.2300
    Facsimile:    415.281.1350
    Email:        acaloza@fenwick.com

Attorneys for Defendants Fitbit, Inc., James Park, and William Zerella

FENWICK & WEST LLP
ATTORNEYS AT LAW

1  Dated: December 6, 2018        GLANCY PRONGAY & MURRAY LLP

2                                 By: /s/ *Robert V. Prongay*
3                                     Lionel Z. Glancy
                                      Robert V. Prongay
                                      Lesley F. Portnoy
4                                     Charles H. Linehan
                                      1925 Century Park East, Suite 2100
5                                     Los Angeles, CA 90067
                                      Telephone: (310) 201-9150
6                                     Facsimile: (310) 201-9160
                                      Email: rprongay@glancylaw.com
7

8                                  Attorneys for Plaintiff Stephen Lopes

9  Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

10 Dated:   December 6, 2018        FENWICK & WEST LLP

11                                 By: /s/ *Alexis I. Caloza*
12                                     Alexis I. Caloza
                                      555 California Street, 12th Floor
13                                     San Francisco, CA 94104
                                      Telephone: 415.875.2300
14                                     Facsimile: 415.281.1350
                                      E-mail: acaloza@fenwick.com

15                                 Attorneys for Defendants Fitbit, Inc., James Park,
                                   and William Zerella
16

17                                 ***

18                                 ~~[PROPOSED]~~ ORDER

19 PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21 Dated:  December 10, 2018        _____
22                                  The Honorable Jon S. Tigar
                                    United States District Court Judge
23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW