SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
ALEXIS I. CALOZA (CSB No. 278804)
acaloza@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants Fitbit, Inc.,
James Park, and William Zerella

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCSICO DIVISION

| | |
|---|---|
| STEPHEN LOPES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FITBIT, INC., JAMES PARK, and WILLIAM ZERELLA,<br><br>Defendants. | Case No. 3:18-cv-06665-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING CONSOLIDATED AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**<br><br>Judge: The Honorable Jon S. Tigar<br><br>Date Action Filed: November 1, 2018 |

FENWICK & WEST LLP
ATTORNEYS AT LAW

STIP. AND [PROPOSED] ORDER
SETTING SCHEDULE FOR FILING CAC
AND DEFS.' RESPONSES THERETO

Case No. 3:18-cv-06665-JST

|   |   |
|---|---|
| 1 | WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against Fitbit, Inc. ("Fitbit" or the "Company"), James Park, and William Zerella (collectively, "Defendants"); |

WHEREAS, this action is a proposed class action alleging violations of the federal securities laws against Fitbit, Inc. ("Fitbit" or the "Company"), James Park, and William Zerella (collectively, "Defendants");

WHEREAS, by Order dated April 25, 2019 (ECF No. 48), pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), this Court appointed Irving Lubman as "Lead Plaintiff" in this securities class action and approved his selection of Glancy Prongay & Murray LLP as Lead Counsel; and

WHEREAS, following the appointment of Lead Plaintiff and Lead Counsel, the parties have met and conferred and agreed on a schedule for Lead Plaintiff to file a consolidated amended complaint and for Defendants' responses thereto;

NOW THEREFORE, the parties stipulate and agree as follows:

1. Lead Plaintiff shall file his consolidated amended complaint on or before June 24, 2019;

2. Defendants shall answer or otherwise respond to the consolidated amended complaint on or before August 23, 2019;

3. If any Defendant files a motion to dismiss the consolidated amended complaint, Lead Plaintiff shall file any opposition thereto on or before October 22, 2019

4. Any Defendant who files a motion to dismiss may file a reply on or before December 6, 2019.

                                                Respectfully submitted,

Dated: April 29, 2019           FENWICK & WEST LLP

                                        By: /s/ *Alexis I. Caloza*
                                            Alexis I. Caloza
                                            555 California Street, 12th Floor
                                            San Francisco, CA 94104
                                            Telephone: 415.875.2300
                                            Facsimile: 415.281.1350
                                            Email: acaloza@fenwick.com

                                            Attorneys for Defendants Fitbit, Inc., James Park, and William Zerella

FENWICK & WEST LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| Dated: April 29, 2019 | | GLANCY PRONGAY & MURRAY LLP |

By: /s/ *Casey E. Sadler*
Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: csadler@glancylaw.com

Attorneys for Lead Plaintiff

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   April 29, 2019                                              FENWICK & WEST LLP

By: /s/ *Alexis I. Caloza*
Alexis I. Caloza
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:   415.281.1350
E-mail: acaloza@fenwick.com

Attorneys for Defendants Fitbit, Inc., James Park, and William Zerella

\*\*\*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April 30, 2019                                              _____
The Honorable Jon S. Tigar
United States District Court Judge