UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN LOPES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FITBIT, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06665-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 68 |

Pursuant to the Request for Entry of Judgment Pursuant to Federal Rule of Procedure 58(d) filed April 27, 2020, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: Tuesday, April 28, 2020

    Susan Y. Soong
    Clerk, United States District Court

    Susan Y. Soong
    By: _____
    Mauriona Lee, Deputy Clerk to the
    Honorable JON S. TIGAR